IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01089-LTB

J M (MARIA J) FAY,

    Plaintiff,

v.

UNITED STATES DISTRICT COURT CO DIVISION,
JUDGE BOLAND,
CHIEF JUDGE OF THE USDC CO DIVISION,
UNITED STATES BANKRUPTCY COURT CO DIVISION,
JUDGE ROMERO,
CHIEF JUDGE OF THE USBC CO DIVISION, and
ALL OF THE JUDGES OF THE 10TH CIRCUIT,

    Defendants.

## JUDGMENT

Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on April 18, 2014, it is hereby

ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

DATED at Denver, Colorado, this 18th day of April, 2014.

                FOR THE COURT,

                JEFFREY P. COLWELL, Clerk

                By: s/K Lyons
                      Deputy Clerk